UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | | |
|---|---|---|
| VINCENT DANDURAND, | ) | |
| | ) | |
| Plaintiff, | ) | 2:07-cv-00887-LRH (RJJ) |
| | ) | |
| v. | ) | |
| | ) | O R D E R |
| LEONARD STONE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

The Court has considered the Report and Recommendation of United States Magistrate Judge Robert J. Johnston (#5) entered on October 15, 2007, in which the Magistrate Judge recommends that the case be dismissed with prejudice. The Court has considered the pleadings and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (#5); therefore, this case is dismissed with prejudice. The Clerk of the Court shall

///

///

///

///

1 | enter judgment accordingly and serve this Order and Judgment on the Plaintiff, Vincent Dandurand,
2 | by certified mail, return receipt requested.
3 |     IT IS SO ORDERED.
4 |     DATED this 2nd day of November, 2007.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE